UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Peale

_____

Write the full name of each plaintiff.

-against-

U.S. Department of Education

_____

_____

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

18 CV 10240

_____CV_____

(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Debt Collection Improvement Act of 1996 31 USC § 3716(H)
_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                         (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, U.S. Department of Education , is incorporated under the laws of

the State of New York/Texas

and has its principal place of business in the State of Texas

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in New York/Texas .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Peter | | Peale |
|-------|--------------|-----------|
| First Name | Middle Initial | Last Name |

P.O. Box 767
Street Address

| Peekskill | New York | 10566 |
|-----------|----------|-------|
| County, City | State | Zip Code |

| 914-458-2790 | theta9@hotmail.com |
|--------------|--------------------|
| Telephone Number | Email Address (if available) |

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| First Name | Last Name | |
|---|---|---|
| U.S. Department of Education | | |

Current Job Title (or other identifying information)

P.O. Box 5227

Current Work Address (or other address where defendant may be served)

| Greenville | Texas | 75403-5227 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| First Name | Last Name | |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

Defendant 3:

| First Name | Last Name | |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

Defendant 4: _____

First Name            Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City           State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  **New York State**
_____

Date(s) of occurrence:  **From Inception of Loan till present**
_____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

PLEASE SEE ATTACHED COMPLAINT/ORDER TO SHOW CAUSE AND AFFIDAVIT

IN SUPPORT OF ORDER TO SHOW CAUSE.

ALL RELEVANT FACTS AND REQUESTS ARE CLEARLY STATED IN THE

ATTACHED DOCUMENTS.

IT SHOULD BE APPARENT THAT THIS COMPLAINT IS NOT COMPLEX IN NATURE.

DEFENDANT FAILED TO MEET ITS OBLIGATIONS UNDER THE FEDERAL LAW.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____,_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

MONETARY DAMAGES CONSISTED OF BEING UNABLE TO AFFORD TO LIVE ON

MY OWN DUE TO INSUFFICIENT MONEYS TO AFFORD HOUSING IN

WESTCHESTER COUNTY(ONE OF THE COUNTRIES MOST EXPENSIVE ZIP CODE
AREAS)
IN ADDITION TO ALL GARNESHMENTS THAT WERE UNLAWFULLY EXECUTED
UPON THE PLAINTIFF.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 10/29/18 | _Peter Peale_ |
| Dated | Plaintiff's Signature |
| PETER | PEALE |
| First Name            Middle Initial | Last Name |
| P.O. BOX 767 | |
| Street Address | |

| | | |
|---|---|---|
| WESTCHESTER, PEEKSKILL | NEW YORK | 10566 |
| County, City | State | Zip Code |
| 914-458-2790 | theta9@hotmail.com | |
| Telephone Number | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



**UNITED STATES POSTAL SERVICE.**

*Retail*

**P**

**US POSTAGE PAID**
**$6.70**

Origin: 10566
Destination: 10007
0 Lb 5.90 Oz
Nov 01, 18
3564400087-26

1022

**PRIORITY MAIL 1-Day ®**

EXPECTED DELIVERY DAY: 11/02/2018   **C014**

**USPS TRACKING NUMBER**

9505 5140 0321 8305 0987 89

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

*PRESS FIRMLY TO SEAL*

**PRIORITY MAIL**
**POSTAGE REQUIRED**

FROM: PETER PEACH
738 SOUTH STREET, UNIT 767
PEEKSKILL, N.Y. 10566



**TO:**

UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF NEW YORK
PRO SE INTAKE UNIT
DANIEL PATRICK MOYNIHAN
UNITED STATES COURT HOUSE
500 PEARL STREET, ROOM 200
NEW YORK, NEW YORK 10007

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

EP14F July 2013

**VISIT US AT USPS.COM®**

**UNITED STATES**